| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *versus* | § § | CRIMINAL ACTION NO. 4:08CR182 |
| LISA MICHELLE LORENTZ (3) | § § | (Judge Crone) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On July 29, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion for Withdrawal of Guilty Plea (Dkt. 130) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Defendant's Motion for Withdrawal of Guilty Plea (Dkt. 130) is **DENIED.**

SIGNED at Beaumont, Texas, this 19th day of August, 2009.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE